**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI CIVIL DIVISION

ESTA ALLIKER,

Plaintiff,

vs. Case No.:

ROYAL CARIBBEAN CRUISES LTD.,
*a Liberian Corporation*,

Defendant. /

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Esta Alliker, sues Defendant, Royal Caribbean Cruises Ltd., a Liberian Corporation, for damages and alleges as follows:

## JURISDICTION AND VENUE

1. Plaintiff is a citizen of Florida and was a passenger aboard the Enchantment of the Seas on July 2, 2016.

2. Defendant, Royal Caribbean Cruises Ltd., is doing continuous and systematic business in the Southern District of Florida by operating seagoing vessels in Florida. The Defendant's principal place of business is in Florida.

3. Defendant, Royal Caribbean Cruises Ltd., operated the vessel Enchantment of the Seas from the Port of Miami, Florida, to various ports in the Caribbean.

4. Jurisdiction is proper under 28 U.S.C. § 1333.

5. Venue is proper under 28 U.S.C. § 1391, and pursuant to the forum selection clause contained within the Defendant's cruise ticket.

## COUNT I – NEGLIGENT FAILURE TO WARN

Plaintiff hereby incorporates paragraphs one through five, *supra*, and further alleges:

6. Plaintiff, Esta Alliker, was a passenger on the Enchantment of the Seas on July 2, 2016.

8. Defendant, Royal Caribbean Cruises Ltd., has the duty to use reasonable care under the circumstances when operating its cruise. This duty includes the duty to warn its passengers of known or foreseeable dangers that passengers may encounter on the ship.

9. On July 2, 2016, when the ship was anchored off Coco Cay, Esta Alliker was walking from the pool area on the Lido Deck and eventually back to her stateroom. To do so, she had to walk down a small set of stairs after she exited the pool. As she was walking down the stairs, slowly, holding the handrail, she slipped and fell when walking down the stairs. The stairs were extremely slippery and wet with water and other substances such as suntan lotion or suntan oil. When she fell, she landed on her left ankle, sustaining injury that required two surgeries and possibly a third surgery.

10. Defendant Royal Caribbean was negligent because it failed to warn Plaintiff of the dangerous condition of the slippery stairs, which it either knew existed, or should have known through reasonable inspection. Royal Caribbean did not mark the slippery area with a cone, sign, or otherwise, to warn passengers of its existence as a hazard because they were so slippery.

11. The dangerous condition of the extreme slipperiness was not open and obvious to the Plaintiff. Additionally, Plaintiff was acting reasonably with regards to her own safety because she was holding onto the handrail as she was walking slowly and carefully down the stairs.

12. As a direct and proximate result of the Defendant's negligence, Plaintiff Esta Alliker suffered injuries to her left ankle and other bodily injury resulting in pain and suffering,

disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life and expense of hospitalizations, medical and nursing case and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff also lost the value of the cruise and incurred other incidental expenses.

WHEREFORE, Plaintiff Esta Alliker prays for a judgment to be entered against the Defendant, Royal Caribbean Cruises Ltd., for compensatory damages in the amount of $750,000.00, including prejudgment and post judgment interest and costs. Plaintiff demands a trial by jury.

## COUNT II – NEGLIGENT FAILURE TO MAINTAIN THE SHIP IN A REASONABLY SAFE CONDITION

Plaintiff hereby incorporates paragraphs one through five, *supra*, and further alleges:

13. Plaintiff, Esta Alliker, was a passenger on the Enchantment of the Seas on July 2, 2016.

14. Defendant, Royal Caribbean Cruises Ltd., has the duty to use reasonable care under the circumstances when operating its cruise. This duty includes the duty to maintain its ship in a reasonably safe condition, and make reasonable inspection of the common areas it knows its passengers will be walking to monitor for and clean up liquid, water, spills, and foreign substances that would make the stairs slippery and unsafe.

15. On July 2, 2016, Esta Alliker was walking from the pool area on the Lido Deck and eventually back to her stateroom. To do so, she had to walk down a small set of stairs after she exited the pool. As she was walking down the stairs, holding the handrail, she slipped and fell on the extremely slippery stairs. The stairs were wet and had some other substance on them, such as suntan lotion or suntan oil that made them extremely slippery and a hazard to passengers

or anyone else using the stairs. When she fell, she landed on her left ankle, sustaining injury that required multiple surgeries.

16. Defendant Royal Caribbean was negligent because it failed to maintain the deck in a reasonably safe condition, make reasonable inspection of the stairs on which Plaintiff fell to discover the water or other substances which would make the stairs extremely slippery, and clean up the water or other slippery substances such as suntan lotion or suntan oil within a reasonable amount of time to keep the area safe for its passengers. If Royal Caribbean had inspected the area at reasonable intervals, it would have found that the area was wet and extremely slippery from passengers constantly tracking water from the pool, and other liquid or substances that are routinely tracked on the stairs in an area where people are sun tanning/bathing and swimming.

17. Defendant either knew that the water was there, because this particular area has constant passenger traffic to and from the pool and deck chairs in close proximity to the stairs, or it should have known the water and other slippery substances were there if it had made reasonable inspections of the area to check for slipping hazards.

18. As a direct and proximate result of the Defendant's negligence, Plaintiff Esta Alliker suffered injuries to her left ankle and other bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life and expense of hospitalization, medical and nursing case and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff also lost the value of the cruise and incurred other incidental expenses.

WHEREFORE, Plaintiff Esta Alliker prays for a judgment to be entered against the Defendant, Royal Caribbean Cruises, Ltd., for compensatory damages in the amount of

$750,000.00, including prejudgment and post judgment interest and costs. Plaintiff demands a trial by jury.

**COUNT III – NEGLIGENT FAILURE TO HAVE PROPER NON-SKID MATERIAL ON THE SHIP'S STAIRS**

Plaintiff hereby incorporates paragraphs one through five, *supra*, and further alleges:

19. Plaintiff, Esta Alliker, was a passenger on the Enchantment of the Seas on July 2, 2016.

20. Defendant, Royal Caribbean Cruises Ltd., has the duty to use reasonable care under the circumstances when operating its cruise. This duty includes the duty to maintain its ship in a reasonably safe condition for its passengers by having proper and sufficient non-skid material on the ship's deck and stairs located in and around the pools.

21. On July 2, 2016, when the ship was anchored off Coco Cay, Esta Alliker was walking from the pool area on the Lido Deck eventually back to her stateroom. To do so, she had to walk down a small set of stairs after she exited the pool. As she was walking down the stairs while holding the handrail, she slipped and fell when walking down the stairs. The stairs were extremely slippery and wet with water and other substances such as suntan lotion or suntan oil. When she fell, she landed on her left ankle, sustaining injury that required surgery.

22. Defendant Royal Caribbean was negligent because it failed to maintain its ship in a reasonably safe condition by having proper non-skid surface, strips, mats, or other material to prevent passengers from slipping and falling on water and other slippery substances that regularly accumulate in and around the pools and stairs.

23. The dangerous condition of the failure to have proper non-skid material was not open and obvious to the Plaintiff. Additionally, Plaintiff was acting reasonably with regards to her own safety because she was holding onto the handrail as she was walking down the stairs.

24. As a direct and proximate result of the Defendant's negligence, Plaintiff Esta Alliker suffered injuries to her left ankle and other bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life and expense of hospitalization, medical and nursing case and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff also lost the value of the cruise and incurred other incidental expenses.

WHEREFORE, Plaintiff Esta Alliker prays for a judgment to be entered against the Defendant, Royal Caribbean Cruises Ltd., for compensatory damages in the amount of $750,000.00, including prejudgment and post judgment interest and costs. Plaintiff demands a trial by jury.

Dated May ~~3~~ 11, 2017.

JACOB J. MUNCH
E-mail: sealaw@tampabay.rr.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172
*Attorneys for Plaintiff, Alliker*